

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Corey Thomas Williams, Appellant

No. 06-18-00089-CR       v.

The State of Texas, Appellee

Appeal from the 264th District Court of Bell County, Texas (Tr. Ct. No. 72868). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Corey Thomas Williams, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 1, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk